DOUGLAS FAIRBANKS, Appellant, *v.* HYMAN WINIK and Others, Defendants, Impleaded with TRIANGLE FILM CORPORATION, Respondent.

First Department, November 2, 1923.

See headnote in *Fairbanks* v. *Winik* (*ante*, p. 449).

APPEAL by the plaintiff, Douglas Fairbanks, from an order of the Supreme Court, made at the New York Trial Term and entered in the office of the clerk of the county of New York on the 8th day of December, 1922, denying his motion for leave to file additional affidavits in support of a motion for a temporary injunction.

*O'Brien, Malevinsky & Driscoll* [*Joseph Walker Magrauth* of counsel; *Dennis F. O'Brien* and *M. L. Malevinsky* with him on the brief], for the appellant.

*O'Brien, Boardman, Parker & Fox* [*Ernest R. Early* of counsel; *Henry A. Jones* with him on the brief], for the respondent Triangle Film Corporation.

FINCH, J.:

For the reasons stated in *Fairbanks* v. *Winik* (206 App. Div. 449), decided herewith, the appeal herein should be dismissed, without costs.

CLARKE, P. J., DOWLING, McAVOY and MARTIN, JJ., concur.

Appeal dismissed, without costs.